# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>Hovis Auto Supply, Inc., on behalf of itself and all others similarly situated,<br>v<br>Champion Laboratories, Inc.; Purolator Filters N.A., LLC; Mann+Hummel USA, Inc.; Robert Bosch LLC; et al, | Case Number:<br>FILED: MAY 19, 2008<br>08 cv 2903    JH<br>JUDGE NORGLE<br>MAGISTRATE JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HOVIS AUTO SUPPLY, INC.
on behalf of itself and all others similarly situated,

| |
|---|
| NAME (Type or print)<br>Steven A. Hart |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Steven A. Hart |
| FIRM<br>Segal McCambridge Singer & Mahoney, Ltd. |
| STREET ADDRESS<br>233 S. Wacker Drive, Ste. 5500 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6211008 | TELEPHONE NUMBER<br>312-645-7800 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |