# United States District Court
# Northern District of Illinois

In the Matter of

Hovis Auto Supply, Inc.

v.

Robert Bosch, LLC, et al

Case No. 08 C 2903

Designated Magistrate Judge
Geraldine Soat Brown

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Charles R. Norgle** to be related to **08 C 2046** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_Robert W. Gettleman_
Judge Robert W. Gettleman

Dated: June 9, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Robert W. Gettleman**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_James F. Holderman_
Chief Judge James F. Holderman

Dated: JUN 1 0 2008

FILED
2008 JUN 10 PM 4:13
CLERK, U.S. DISTRICT COURT

Finding of Relatedness (Rev. 9/99)