**BAKER & McKENZIE**

Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York 10036, USA

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakernet.com

Asia
Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe &
Middle East
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Düsseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South
America
Bogotá
Brasilia
Buenos Aires
Caracas
Chicago
Chihuahua
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

June 18, 2008

Steven A. Hart
Segal McCambridge Singer & Mahoney, Ltd.
244 South Wacker Drive
Sears Tower-Suite 5500
Chicago, Illinois 60606

James D. Bailey
Tel: +1 212 626 4254
Fax: +1 212 310 1678
James.D.Bailey@bakernet.com

Via Facsimile (312) 645-7711

RE:    *Hovis Auto Supply, Inc. v. Robert Bosch, LLC et al.*, No. 08cv2903

Dear Mr. Hart:

We represent Baldwin Filters, Inc. ("Baldwin") in the above-referenced action. As I stated to you in my voicemail of today, Baldwin is in receipt of your Request for Waiver of Service of Summons in the above-referenced case. Our client agrees to waive service of the summons, and accept service by U.S. mail. Of course, such agreement does not result in the waiver of any of Baldwin's defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

Sincerely,

*/s/ James D. Bailey*

James D. Bailey

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.