## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv2903　　　　　　　　Assigned/Issued By: j. n.

Judge Name:　　　　　　　　　　　　Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*　☐ $350.00　　☐ $39.00　　☐ $5.00
　　　　　　　☐ IFP　　　　☐ No Fee　　☐ Other _____
　　　　　　　☐ $455.00

Number of Service Copies _____　　Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____　　Receipt #: _____

Date Payment Rec'd: _____　　Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons　　　　　　　　　　　　☐ Alias Summons
☐ Third Party Summons　　　　　　　☐ Lis Pendens
☐ Non Wage Garnishment Summons　　☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　*(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
　　　　　　　　　　　　　　　　　　☐ Other
☐ Writ _____
　　*(Type of Writ)*　　　　　　　　　*(Type of issuance)*

_3_ Original and _3_ copies on _8-4-08_ as to _honeywell international, inc.;_
　　　　　　　　　　　　　(Date)
robert bosch, llc; arvinmeritor, inc.